ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | **INDICTMENT** |
| ) | **CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. §§ 952(a), 960 (a)(1), (b)(1)(H), and 963] (Count 1) |
| vs. ) | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] (Count 2) |
| GERARDO ELOY GONZALEZ, JR., ) JOHN TIMOTHY PERALTA, ) DEANNA INGRID MORALES ) a/k/a DEANNA MORALES GUERRERO, ) SEAN MICHAEL COLE ) a/k/a SHAWN COLE, ) GILBERT JOSE MATTA, ) JESSICA ROSE MESA, ) LISA MARIE RODRIGUEZ ) a/k/a LISA RODRIGUEZ-COLE, and ) ANNETTE JOYCE GONZALEZ ) a/k/a ANNETTE ROMERO, ) Defendants. ) | **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] (Count 3) **MONEY LAUNDERING CONSPIRACY** [18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h), and 2] (Count 4) |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in

the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a), 960 (a)(1), (b)(1)(H), and 963.

## COUNT II - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii) and 846.

## COUNT III - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 17, 2005, in the District of Guam, the defendants herein, JOHN TIMOTHY PERALTA, SEAN MICHAEL COLE a/k/a SHAWN COLE, and DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, did unlawfully and knowingly attempt to possess with intent to distribute approximately 162.5 grams, gross weight, of

2

methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT IV - MONEY LAUNDERING CONSPIRACY

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, SEAN MICHAEL COLE a/k/a SHAWN COLE, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, knowing that the property involved in financial transactions represented the proceeds of unlawful activity, to-wit, the distribution of methamphetamine hydrochloride in violation of Title 21, United States Code, § 841(a)(1), did knowingly and intentionally combine, conspire, confederate and agree together with each other and other co-conspirators to conduct such financial transactions affecting interstate and foreign commerce, to-wit, by causing the movement of funds by wire as more fully alleged below, which in fact involved the proceeds of said specified unlawful activity, and the defendants knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, and source of the proceeds of said specified unlawful activity:

| Date | Guam Sender | California Receiver | Money Transfers |
|---|---|---|---|
| 01/15/05 | Marie Rodriguez | Annette Gonzalez | Western Union, $900 |
| 02/06/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 02/07/05 | Sean Cole | Annette Gonzalez | Western Union, $200 |
| 02/11/05 | John Peralta | Annette Gonzalez | Western Union, $3,000 |
| 02/15/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,000 |
| 02/21/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/29/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,861 |

| Date | Guam Sender | California Receiver | Money Transfers |
|------|-------------|---------------------|-----------------|
| 04/03/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 04/05/05 | Lisa Cole | Annette Gonzalez | Postnet MoneyGram, $600 |
| 04/09/05 | John Peralta | Annette Gonzalez | Western Union, $750 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $875 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $2,000 |
| 04/11/05 | Lisa Cole | Annette Gonzalez | Western Union, $200 |
| 04/14/05 | John Peralta | Annette Gonzalez | Western Union, $1,650 |
| 04/19/05 | John Peralta | Annette Gonzalez | Western Union, $1,881 |

All in violation of Title 18 United States Code, §§ 2, 1956(a)(1)(B)(i) and 1956(h).

Dated this 25th day of May, 2005.

A TRUE BILL.

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4