**FILED**

DISTRICT COURT OF GUAM

MAY 27 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**



**JESSICA ROSE MESA**

Case Number:    **CR-05-00039-006**

(Name and Address of Defendant)

     YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **413** |
| | Date and Time<br>**Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)

X   Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

| |
|---|
| **May 25, 2005** |
| Date |

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service was made by me on:[1] | *John Brown* | Date *5/28/2005* |

## Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:   *SERVED TO DEFENDANTS ATTORNEY.*

☐ Returned unexecuted:

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    *5-27-05*                  *J.C.G. Salas*
                Date                             Name of United States Marshal

                                         *SIDUSM FRANKLIN J. THIMAVE*
                                         (by) Deputy United States Marshal

Remarks:

*Attorney Jay Arnold*

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.