1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JUL - 5 2005

MARY L.M. MORAN
CLERK OF COURT

6  Attorneys for United States of America

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF GUAM

9  UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 05-00039
10                              )
                Plaintiff,      )
11                              )
                                )
12      vs.                     )
                                )
13                              )
   GERARDO ELOY GONZALEZ, JR.,  )    **MOTION TO DISMISS**
14 JOHN TIMOTHY PERALTA,        )    **INDICTMENT; AND**
   DEANNA INGRID MORALES        )    **ORDER**
15 a/k/a DEANNA MORALES GUERRERO, )
   SEAN MICHAEL COLE            )
16 a/k/a SHAWN COLE,            )
   GILBERT JOSE MATTA,          )
17 JESSICA ROSE MESA,           )
   LISA MARIE RODRIGUEZ         )
18 a/k/a LISA RODRIGUEZ-COLE, and )
   ANNETTE JOYCE GONZALEZ       )
19 a/k/a ANNETTE ROMERO,        )
                                )
20              Defendants.     )
                                )

21
       COMES NOW the plaintiff, United States of America, by and through its undersigned
22
   attorney, and moves that the Indictment in the above cause, as to defendant GERARDO ELOY
23
   GONZALEZ, JR., be dismissed, for the reason that the defendant has waived indictment and
24
   //
25
   //
26
   //
27
   //
28

entered a plea of guilty to an Information on May 31, 2005, under Criminal Case No. 05-00042, which said Information has incorporated similar criminal acts described in the Indictment.

Respectfully submitted this 5th day of July, 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By:   /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney

**APPROVED AND SO ORDERED** this ___ day of _July_, 2005.

      /s/ Robert M. Takasugi
      ROBERT M. TAKASUGI*
      Designated Judge
      District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation

2


RECEIVED
JUL - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM