# UNITED STATES DISTRICT COURT

District of _____ GUAM

**FILED**

**DISTRICT COURT OF GUAM**

**JUL 29 2005**

**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES OF AMERICA

V.

ANNETTE JOYCE GONZALEZ
aka ANNETTE ROMERO

**WARRANT FOR ARREST**

Case Number: CR-05-00039-008

To: The United States Marshal
  and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ANNETTE JOYCE GONZALEZ aka ANNETTE ROMERO
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

21:952(a), 960(a)((1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(i), 1956(h) & 2 - MONEY LAUNDERING CONSPIRACY (COUNT 4)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Depuy Clerk | |
| Title of Issuing Officer | Date          Location |

*ORIGINAL*

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

OAKLAND, CA.

| DATE RECEIVED 5/26/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/30/05 | John Buenos | |