JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant JESSICA ROSE MESA

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR05-00039** |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF HEARING:** |
| ) | **MOTION TO SEVER** |
| JESSICA ROSE MESA, et al., ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE THAT Defendant JESSICA ROSE MESA, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., will bring on for hearing her Motion to Sever on **Monday, Aug. 15, 2005**, at **1:30** **p**.m., or as soon thereafter as the matter may be heard, before the District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam.

Dated at Hagåtña, Guam: August 4, 2005.

ARRIOLA, COWAN & ARRIOLA
Defendant JESSICA ROSE MESA

_____
JACQUELINE TAITANO TERLAJE