

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JESSICA ROSE MESA<br>Defendant. | USDC Cr. Cs. No. 05-00039-006<br><br>**INFORMATIONAL REPORT** |

On May 27, 2005, Jessica Rose Mesa made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on a Indictment charging her with Conspiracy To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1), (b)(1)A)(viii), and 846. The case was sealed and Ms. Mesa was granted pretrial release with conditions. On July 11, 2005, the case was unsealed. Ms. Mesa is alleged to have violated the following condition:

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervision officer for determining whether the defendant is using a prohibited substance.* On July 25, 2005, and August 1 and 4, 2005, Jessica Rose Mesa failed to report for drug testing. During a compliance meeting on August 10, 2005, Ms. Mesa informed that she has been working. She will make the necessary arrangements to ensure that she attends all her drug tests. She was counseled regarding her behavior and understands that she must comply with the Court's order.

**Supervision Compliance:** This probation officer has no information to suggest that Jessica Rose Mesa has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature and this Officer respectfully requests that no action be taken.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
Joaquin Arriola Jr., Defense Counsel
File