

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. 05-00039                                         DATE: August 15, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding         Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles                                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 1:44:16 - 2:13:31           CSO: J. McDonald

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFT: <u>JESSICA ROSE MESA</u>                              ATTY: <u>JOAQUIN C. ARRIOLA, JR.</u>
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.          ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

DEFT: <u>GILBERT JOSE MATTA</u>                             ATTY: <u>LOUIE YANZA</u>
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.          ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                                AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: GRACE FLORES                                U.S. MARSHAL: S. LUJAN

INTERPRETER: _____         ( ) SWORN      LANGUAGE: _____

PROCEEDINGS:          **MOTION TO SEVER**

( X ) MOTION(s) ARGUED BY     ( ) GOVERNMENT     ( X ) DEFENDANT(s)
( X ) MOTION(s)   ___Granted   ___Denied   ___Withdrawn   _X_ Under Advisement
(  ) ORDER SUBMITTED   ___Approved   ___Disapproved
( X ) ORDER to prepared By: <u>COURT</u>
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

<u>Defense counsel argued their position on their perspective motion. Rebuttal argument by</u>
<u>government.</u>

<u>The court took the matter under submission and stated that a decision will be issued shortly.</u>

<u>Mr. Yanza moved to lift the stay away order for his client with regard to Ms. Mesa. Government</u>
<u>had no objections. - granted.</u>

( X ) DEFENDANT *MATTA* REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( X ) DEFENDANT *MESA* RELEASED ON PERSONAL RECOGNIZANCE AS PREVIOUSLY
      ORDERED

Courtroom Deputy: _____