# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Gilbert Jose Matta,<br>Jessica Rose Mesa, *et. al*.,<br><br><br>Defendants. | Case No. 1:05-cr-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed August 17, 2005 and Notice of Entry, signed on August 17, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *Louie J. Yanza* |
|---|---|---|
| *August 18, 2005* | *August 18, 2005* | *August 18, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed August 17, 2005 and Notice of Entry, signed on August 17, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005             /s/ Marilyn B. Alcon
                               Deputy Clerk