FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>GILBERT JOSE MATTA, and<br>JESSICA ROSE MESA,<br><br>          Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

       Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

       Respectfully submitted this 23nd day of August, 2005.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and NMI

                            By:        /s/
                                      MARIVIC P. DAVID
                                      Assistant U.S. Attorney

# WITNESS LIST

John Duenas
U.S. Immigration & Customs Enforcement
472-7265

Matthew Goward
U.S. Immigration & Customs Enforcement
472-7265

Michael Hernandez
U.S. Immigration & Customs Enforcement
472-7265

Erwin T. Fejeran
U.S. Immigration & Customs Enforcement
472-7265

Nadine Y. Concepcion
Guam Customs & Quarantine Agency
475-6202 / 642-8071

Franklin Taitague
Guam Customs & Quarantine Agency
475-6202 / 642-8071

Jeffrey Palacios
Guam Customs & Quarantine Agency
475-6202 / 642-8071

John Evangelista
Guam Customs & Quarantine Agency
475-6202 / 642-8071

Ahmad Rice
Forensic Chemist
Drug Enforcement Administration
SouthWestern Lab
(760) 597-7923

Mia Mary Rojas

Gerardo E. Gonzalez, Jr.

Annette Joyce Gonzalez

Sean Michael Cole

John Timothy Peralta