ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GILBERT JOSE MATTA and ) <br> JESSICA ROSE MESA, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 05-00039 <br><br> **UNITED STATES'** <br> **[PROPOSED]** <br> **VERDICT FORM** |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

RESPECTFULLY SUBMITTED this 23rd day of August, 2005.

                                                          LEONARDO M. RAPADAS
                                                          United States Attorney
                                                          Districts of Guam and NMI

By: _____
       MARIVIC P. DAVID
       Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>05-00039</u> |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** [PROPOSED] **VERDICT FORM** |
| GILBERT JOSE MATTA and JESSICA ROSE MESA, | ) | |
| Defendants. | ) | |

We, the Jury, in the above-entitled case unanimously find the Defendant, GILBERT JOSE MATTA:

Violation of Sections 841(a)(1), 841(b)(1)(A)(viii) and 846, Title 21, United States Code, conspiracy to distribute over 100 grams of methamphetamine hydrochloride a/k/a "Ice":

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of _____, 2005, at Hagatna, Guam.

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>05-00039</u> |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| GILBERT JOSE MATTA and | ) | |
| JESSICA ROSE MESA, | ) | |
| Defendants. | ) | |

We, the Jury, in the above-entitled case unanimously find the Defendant, JESSICA ROSE MESSA:

Violation of Sections 841(a)(1), 841(b)(1)(A)(viii) and 846, Title 21, United States Code, conspiracy to distribute over 100 grams of methamphetamine hydrochloride a/k/a "Ice":

    /    /    NOT GUILTY

    /    /    GUILTY

DATED this _____ day of _____, 2005, at Hagatna, Guam.

_____
FOREPERSON