LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | **ORDER RE: RELEASE OF** |
| ) | **GRAND JURY TRANSCRIPT** |
| GILBERT JOSE MATTA and ) | |
| JESSICA ROSE MESA, ) | |
| Defendants. ) | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

SO ORDERED this 23rd day of August, 2005.

---

ALEX R. MUNSON*
United States District Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.

ORIGINAL