LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 23 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GILBERT JOSE MATTA and )<br>JESSICA ROSE MESA, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 05-00039<br><br>**ORDER RE: GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

SO ORDERED this 23rd day of August, 2005.

_____
ALEX R. MUNSON*
United States District Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.

ORIGINAL