AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHAL RECEIVED
25 AUG 2005 14 00 01

UNITED STATES OF AMERICA
V.

**JESSICA ROSE MESA**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-05-00039-002

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue, Hagatna, Guam** | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Thursday, August 25, 2005 at 2:00 p.m. |

To answer a(n)
X Superseding Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ **See Below** _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii) and 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT II)

18:2 and 21:841(a)(1) and 846 - AIDING AND ABETTING THE ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE - (COUNT III)

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*Virginia T. Kilgore* (signature)
Signature of Issuing Officer

**AUGUST 24, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1]     Date    08/25/05

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:

Rescheduled to 08/26/05 1430 hrs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   08/25/05      J.L.G. Salas
            Date                  Name of United States Marshal

                                             SDUSM
                                             (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.