ORIGINAL

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

**V.**

JOHN TIMOTHY PERALTA,
GILBERT JOSE MATTA, and
JESSICA ROSE MESA

TO: JEFFREY PALACIOS

Customs Officer

Guam Customs & Quarantine Agency

**SUBPOENA IN A
CRIMINAL CASE**

CASE NUMBER: 05-00039

# FILED

DISTRICT COURT OF GUAM

SEP - 6 2005

MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court 520 West Soledad Ave. Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | **DATE AND TIME** |
| | 08-30-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK | 08-19-2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 23 Aug 2005 | Special Enforcement Division, CQA |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Palacios, Jeffrey | ☐ YES ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Barbara C. Tarama | Task Force Agent |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Proof of Service is true and correct.

Executed on 23 Aug 2005

_____
Date

_____
Signature of Server

Reg 400 Ste 401 Maik6u.
_____
Address of Server

ADDITIONAL INFORMATION