# United States District Court

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHN TIMOTHY PERALTA,<br>GILBERT JOSE MATTA, and<br>JESSICA ROSE MESA | **SUBPOENA IN A CRIMINAL CASE**<br><br>CASE NUMBER: 05-00039 |

**FILED**
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

TO: JOHN DUENAS
Special Agent
U.S. Immigration & Customs Enforcement

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | DATE AND TIME<br>08-30-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran<br>(BY) DEPUTY CLERK *[signature]* | 08-19-2005 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER<br>Marivic P. David, Assistant U.S. Attorney<br>Districts of Guam & NMI<br>Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332 | *[signature]* |

This form was electronically produced by Elite Federal Forms, Inc.

Case 1:05-cr-00039   Document 137   Filed 09/06/2005   Page 1 of 2

ORIGINAL

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | 23 Aug 2005 | ICE Office Maite, Guam |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Duenas, John | ☐ YES ☐ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Toyma, Barbara C. | Task Force Agent |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  26 Aug 2005
Date

Signature of Server

ILE 8 400 St 401 Maite, GU.
Address of Server

ADDITIONAL INFORMATION