PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs:     **JESSICA ROSE MESA**     Docket No.     CR 05-00039-006

**Petition for Action on Conditions of Pretrial Release**

COMES NOW     GRACE D. FLORES     PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant     Jessica Rose Mesa     who was placed under pretrial release supervision by the     Joaquin V.E. Manibusan     sitting in the court at     Hagatna, Guam     on the     27th     date of     May    , 20     05     under the following conditions:

*Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined n 21 U.S.C. 21§802, unless prescribed by a licensed medical practitioner.*

*Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.*

*Remain at a fixed address.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

***Please see attached declaration in support of petition.***

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a ~~warrant~~ Summons be issued for the defendant's arrest, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this _15th_ day of _September_, 20 _05_ and ordered filed and made a part of the records in the above case.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

Respectfully,

Grace D. Flores
U.S. Pretrial Services Officer

Place:     Hagåtña, Guam

September 14, 2005

RECEIVED
SEP 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00039-006 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JESSICA ROSE MESA | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** **Violation report, request for modification.**

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Jessica Rose Mesa, and in that capacity declare as follows:

On May 27, 2005, Jessica Rose Mesa made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on a Indictment charging her with Conspiracy To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1), (b)(1)A)(viii), and 846. The case was sealed and Ms. Mesa was granted pretrial release with conditions. On July 11, 2005, the case was unsealed. Ms. Mesa is alleged to have violated the following conditions:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On August 17, 2005, the defendant tested presumptively positive for the use of methamphetamine. She denied use and the specimen was sent to Quest Diagnostics Laboratory for confirmation testing. During a compliance meeting held on August 18, 2005, the defendant admitted in writing to using "ice" on August 16, 2005. She tested positive for the use of methamphetamine on August 30, 2005 and admitted in writing to using on August 25, 2005. On September 13, 2005, the defendant admitted in writing to using on September 10, 2005.

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.* The defendant failed to report for substance abuse testing on September 2, 7, and 12, 2005.

VIOLATION REPORT, REQUEST FOR MODIFICATION
Re: MESA, Jessica Rose
USDC Cr. Cs. No. 05-00039-006
September 14, 2005
Page 2

**Special condition:** *Remain at a fixed address.* On August 24, 2005 U.S. Probation Officer Robert I. Carreon telephoned the defendant's residence and was informed by her mother that she moved approximately two weeks prior. The defendant has failed to inform the U.S. Probation Office of the change in address.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** It is requested that a summons be issued pursuant to 18 U.S.C. § 3148, for the defendant's appearance at a hearing scheduled by the Court, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why her conditions of release should not be modified, or for any other reason for which the Court may deem just and proper. The violations have been discussed with Assistant United States Attorney Marivic P. David who concurs that a hearing is appropriate in this case. Defense counsel Joaquin Arriola Jr. has been informed of the defendant's violations.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 14th day of September 2005, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
    Joaquin Arriola Jr., Defense Counsel
    File