AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF ———— GUAM ————

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JESSICA ROSE MESA | Case Number: CR-05-00039-006 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>413 |
|---|---|
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, September 22, 2005 at 10:15 a.m.** |

To answer a(n)
    Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

| **MARILYN B. ALCON, Deputy Clerk** | *[signature]* Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **September 15, 2005** | |
| Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 9/22/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. MARSHALS OFFICE.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/22/05
            Date

JOAQUIN L. G. SALAS
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

12:38pm