IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039            DATE: 09/22/2005

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge        Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:26:36 - 10:35:57        CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** JESSICA ROSE MESA                    **ATTY:** JOAQUIN C. ARRIOLA, JR.
( X ) NOT PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                AGENT:

U.S. PROBATION: GRACE FLORES                U.S. MARSHAL: S. LUJAN

**PROCEEDINGS:  INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( X ) REVOCATION OF PRETRIAL RELEASE IS GRANTED

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Government recommended detention. Defense Counsel requested the Court to permit the Defendant to remain released so that she may be able to receive treatment for her drug addiction. Probation Officer, Grace Flores stated that drug treatment could not be facilitated because Defendant has failed to report. The Court revoked Defendant's pretrial release and stated its reasons.