ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> GILBERT JOSE MATTA, ) <br> **JESSICA ROSE MESA** and ) <br> **LISA MARIE RODRIGUEZ** ) <br> **a/k/a LISA RODRIGUEZ-COLE,** ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00039 <br><br> **GOVERNMENT'S MOTION TO VACATE GOVERNMENT'S MOTION IN LIMINE** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves this Honorable Court, for an Order vacating the Government's Motion in Limine, as to defendants JESSICA ROSE MESA and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, in the above captioned matter, for the reasons that defendants MESA and

//

//

//

1 | RODRIGUEZ, have entered pleas of guilty, under Cr. No. 05-00074 and Cr. No. 05-00077,
2 | respectively, so the motion is moot.

RESPECTFULLY submitted this 1st day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney

2