LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GILBERT JOSE MATTA, <br> JESSICA ROSE MESA, and <br> LISA MARIE RODRIGUEZ <br> a/k/a LISA RODRIGUEZ-COLE, <br><br> Defendants. | CRIMINAL CASE NO. 05-00039 <br><br> **UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant JESSICA ROSA MESA, be dismissed, for the reason that the defendant entered a plea of guilty to an Information on October 17, 2005, under Criminal Case No. 05-00074, which said Information incorporated similar criminal acts.

RESPECTFULLY submitted this 11th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney