LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA, and<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE,<br><br>　　　　Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**ORDER**<br>Re: April 11, 2006<br>**United States' Motion to Dismiss<br>Superseding Indictment** |

The United State's Motion to Dismiss the Superseding Indictment in the above cause, as to defendant JESSICA ROSE MESA, filed April 11, 2006, is hereby granted.

**SO ORDERED** this 13 day of April, 2006.

_____
ROGER T. BENITEZ*
District Court of Guam

**ORIGINAL**

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.